UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT WAYNE HALL,<br><br>　　　　Defendant. | No. CR-09-155-FVS<br><br>ORDER SETTING STATUS HEARING AND GRANTING ORAL MOTION TO MODIFY CONDITIONS OF RELEASE |

At the December 18, 2009, status hearing, Defendant was present with Assistant Federal Defender Amy Rubin. Assistant U.S. Attorney Stephanie Van Marter represented the United States.

The Defendant's oral Motion to remove the condition of electronic monitoring **(Ct. Rec. 26)** is **GRANTED.** Defendant has been compliant while under pretrial supervision. Defendant no longer shall be subject to electronic monitoring, but shall have a daily curfew of **12:00 midnight to 1:00 p.m**. If the Defendant needs to work a morning shift, he shall contact the U.S. Probation Office prior to leaving for work. If his supervising Probation Officer is unavailable, Defendant shall leave a voice mail message. Defendant may spend Christmas day and evening with his family as outlined in court.

ORDER SETTING STATUS HEARING AND GRANTING
ORAL MOTION TO MODIFY CONDITIONS OF RELEASE - 1

1  A status hearing is set for **January 15, 2010, at 10:00 a.m.**,
2  before the undersigned.
3  **IT IS SO ORDERED.**
4  DATED December 18, 2009.

6  <u>S/ CYNTHIA IMBROGNO</u>
   UNITED STATES MAGISTRATE JUDGE